DISTRICT JUDGE JOHN C. COUGHENOUR
MAGISTRATE JUDGE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT DEAN CULP,<br><br>            Petitioner,<br><br>    v.<br><br>BRUNO STOLC,<br><br>            Respondent. | NO. C08-0714-JCC-MAT<br><br>[~~PROPOSED~~] ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

Respondent, having filed a Motion for Extension of Time to File an Answer in this matter, and the Court being fully advised and having examined the records and files herein;

NOW THEREFORE, it is hereby

ORDERED that Respondent's Motion for Extension of Time to File an Answer in this matter be and the same is hereby granted.

Respondent's Answer to Petition for Writ of Habeas Corpus shall be due on or before August 11, 2008.

DATED this <u>18th</u> day of July, 2008.

<u>s/ Mary Alice Theiler</u><br>
United States Magistrate Judge

Submitted by:

ROBERT M. MCKENNA
Attorney General

<u>/s/ Gregory J. Rosen</u>
GREGORY J. ROSEN, WSBA #15870
Assistant Attorney General