01

02

03

04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT DEAN CULP,                    )   CASE NO.: C08-0714-JCC
                                    )
            Petitioner,             )
                                    )
      v.                            )   ORDER DISMISSING § 2254
                                    )   PETITION WITH PREJUDICE
BRUNO STOLC,                        )
                                    )
            Respondent.             )
_____ )

      This matter comes before the Court on Petitioner's federal habeas petition (Dkt. No.

1), Respondent's answer to the petition (Dkt. No. 23), the Report and Recommendation (Dkt.

No. 26) of the Honorable Mary Alice Theiler, United States Magistrate Judge, and Petitioner's

Letter/Objections (Dkt. No. 27). Petitioner's letter to the Court does not articulate any

objections to the Report and Recommendation. (*See* Dkt. No. 27.) Rather, Petitioner asks the

Court to review a letter to him from the Washington Court of Appeals, which informs

Petitioner that he failed to provide payment of the filing fee in filing his personal restraint

petition. (*See* Dkt. No. 27-2.) Petitioner has made no objection to the findings and conclusions

in the Report and Recommendation. Accordingly, the Court does hereby find and Order:

ORDER DISMISSING § 2254
PETITION WITH PREJUDICE
PAGE -1

01          (1)     The Court adopts the Report and Recommendation;

02          (2)     Petitioner's federal habeas petition (Dkt. No. 1) is DISMISSED, with

03                  prejudice; and

04          (3)     The Clerk is directed to send copies of this Order to petitioner, to counsel for

05                  respondent, and to Judge Theiler.

06
            DATED this 2nd day of February, 2009.
07

08

09

10          _____
            John C. Coughenour
11          UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

ORDER DISMISSING § 2254
PETITION WITH PREJUDICE
PAGE -2